Argued March 1, affirmed March 27, reconsideration denied May 3, petition for review denied June 27, 1978

In the Matter of Teal, Lawrence and Lonnie, children.
STATE ex rel MULTNOMAH COUNTY
JUVENILE DEPARTMENT, *Respondent,*
*v.*
TEAL, *Appellant.*
(No. 57,758, CA 9034)
576 P2d 386

Lawrence I. Evans, Portland, argued the cause and filed the brief for appellant.

William F. Nessly, Jr., Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

Before Schwab, Chief Judge, Lee, Richardson, and Joseph, Judges.

RICHARDSON, J.

## RICHARDSON, J.

Mother appeals termination of her parental rights in her two children. The case presents a pure fact question and no useful purpose would be served in detailing the evidence. We agree with the conclusions of the trial court set forth in the order of termination.

Affirmed.